**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **COLIN PETROZIELLO,** | : |
| Petitioner, | : |
| v. | : |
| | :     NO. 25-3467 |
| **JOHN SAWTELLE**, et al, | : |
| | : |
| Respondents. | : |
| | : |

**O R D E R**

AND NOW, this 28th day of August 2025, upon consideration of Petitioner's Petition for habeas relief pursuant to 28 U.S.C. § 2254 (ECF 2), the Motion to hold the case in abeyance (ECF 18) while Petitioner's state PCRA proceeding is pending, and Petitioner's payment of the filing fee (ECF 15), it is hereby **ORDERED** that:

1. This matter is **STAYED AND ABEYED** pending the resolution of Petitioner's state PCRA proceeding. Both Petitioner and Respondents are responsible for notifying the Court immediately when the state PCRA proceeding is resolved, at which time the Court will lift the stay.  The Clerk's Office shall **PLACE THIS CASE IN SUSPENSE** until otherwise noticed.

2. The Motion to Proceed *In Forma Pauperis* (ECF 1) is **DENIED AS MOOT.**

BY THE COURT:

*/s/ Scott W. Reid*

_____
SCOTT W. REID
UNITED STATES MAGISTRATE JUDGE